# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### DELTA DIVISION

UNION SECURITY LIFE INSURANCE
COMPANY, ET AL.,                                                    PLAINTIFFS,

VS.                                           CIVIL ACTION NO. 2:04CV138-P-A

ELIZABETH BROWN, WILLIE BROWN,
SHARON COLLINS, CHARLOTTE FURR,
MARY HOSKINS, BESSIE VALENTINE,
ALFRED WALTON, and BEATRICE WRIGHT,                    DEFENDANTS.

## CONSOLIDATED WITH

DORIS SELMON, ET AL.,                                              PLAINTIFFS,

VS.                                           CIVIL ACTION NO. 2:03CV108-P-A

FIRST FAMILY FINANCIAL SERVICES, ET AL.,              DEFENDANTS.

## ORDER

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND

ADJUDGED** that:

(1) Plaintiffs Union Security Life Insurance Company, American Security Insurance

Company, American Bankers Insurance Company of Florida, and American Bankers Life

Assurance Company of Florida's Motion for Summary Judgment [20-1] currently pending in

*Union Security Life Insurance Company, et al. v. Elizabeth Brown, et al.*, Cause Number

2:04CV138-P-A is hereby **GRANTED**; accordingly,

(2) The claims of Elizabeth Brown, Willie Brown, Sharon Collins, Charlotte Furr, Mary

Hoskins, Bessie Valentine, Alfred Watson, and Beatrice Wright against Union Security Life

Insurance Company, American Security Insurance Company, American Bankers Insurance

1

Company of Florida, and American Bankers Life Assurance Company of Florida's Motion in

*Selmon, et al. v. First Family Financial Services, et al.*, Cause Number 2:03CV108-P-A  are

**COMPELLED TO ARBITRATION**; and

(3) The claims of Elizabeth Brown, Willie Brown, Sharon Collins, Charlotte Furr, Mary

Hoskins, Bessie Valentine, Alfred Watson, and Beatrice Wright against Union Security Life

Insurance Company, American Security Insurance Company, American Bankers Insurance

Company of Florida, and American Bankers Life Assurance Company of Florida's Motion in

*Selmon, et al. v. First Family Financial Services, et al.*, Cause Number 2:03CV108-P-A are

**DISMISSED WITHOUT PREJUDICE**.

SO ORDERED this they 18th day of July, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE