# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### DELTA DIVISION

**UNION SECURITY LIFE INSURANCE**
**COMPANY, ET AL.,**                                                            **PLAINTIFFS,**

**VS.**                                                            **CIVIL ACTION NO. 2:04CV138-P-A**

**ELIZABETH BROWN, WILLIE BROWN,**
**SHARON COLLINS, CHARLOTTE FURR,**
**MARY HOSKINS, BESSIE VALENTINE,**
**ALFRED WALTON, and BEATRICE WRIGHT,**                            **DEFENDANTS.**

### CONSOLIDATED WITH

**DORIS SELMON, ET AL.,**                                                            **PLAINTIFFS,**

**VS.**                                                            **CIVIL ACTION NO. 2:03CV108-P-A**

**FIRST FAMILY FINANCIAL SERVICES, ET AL.,**                            **DEFENDANTS.**

### ORDER

This matter comes before the court upon this court's recent Order vacating a prior order entered in both of the above-referenced cases. Upon due consideration of the circumstances, **IT IS ORDERED AND ADJUDGED** that:

(1) The court's Order entered in *Union Security Life Insurance Company, et al. v. Brown, et al.* as [24-1] and entered as [86-1] in *Selmon*, granting summary judgment filed as [20-1] in *Brown*, and dismissing without prejudice and compelling the arbitration of the claims of Elizabeth Brown, Willie Brown, Sharon Collins, Charlotte Furr, Bessie Valentine, Alfred Walton, Beatrice Write and Mary Hoskins is hereby **VACATED**;

(2) Union Security Life Insurance Company, American Security Insurance Company, American Bankers Insurance Company of Florida, and American Bankers Life Assurance

1

Company of Florida's Motion for Summary Judgment filed as [20-1] in *Union Security Life Insurance Company, et al. v. Brown, et al.* is **DENIED AS MOOT** because per the Agreed Order of Dismissal entered in *Selmon* as [82-1], all of the claims of Sharon Collins, Charlotte Furr, Bessie Valentine, and Alfred Walton were already dismissed without prejudice and because the claims of Elizabeth Brown, Willie Brown, Beatrice Wright, and Mary Hoskins against the aforesaid insurance defendants have been stayed pending final approval of a class action settlement in *Baker, et al. v. Washington Mutual Finance, et al.*, Cause Number 1:04CV137, pending in the United States District Court for the Southern District of Mississippi before Honorable Walter J. Gex, III; and

(3) Union Security Life Insurance Company, American Security Insurance Company, American Bankers Insurance Company of Florida, and American Bankers Life Assurance Company of Florida have permission to refile their motion for summary judgment should the claims against them asserted by Elizabeth Brown, Willie Brown, Beatrice Wright, and Mary Hoskins not be resolved by the class action settlement.

**SO ORDERED** this the 8th day of August, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE